PAUL H. ACHITOFF (#5279)
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i  96813
Telephone No.:  (808) 599-2436
Fax No.:  (808) 521-6841
Email:  achitoff@earthjustice.org

GEORGE A. KIMBRELL (*Pro Hac Vice*)
SYLVIA SHIH-YAU WU (*Pro Hac Vice*)
CENTER FOR FOOD SAFETY
303 Sacramento St., 2nd Floor
San Francisco, California 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails:  gkimbrell@centerforfoodsafety.org
         swu@centerforfoodsafety.org

*Counsel for Proposed Intervenor-Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT ITO FARM, INC., *et al.*, | Case No.: 1:14-cv-00511-SOM-BMK |
| *Plaintiffs*, | NOTICE OF APPEAL OF MAGISTRATE JUDGE'S ORDER GRANTING (1) ALIKA ATAY, LORRIN PANG, MARK SHEEHAN, BONNIE MARSH, LEI'OHU RYDER, AND SHAKA MOVEMENT'S MOTION TO INTERVENE AND (2) DENYING MOMS ON A MISSION HUI, MOLOKA'I MAHI'AI, GERRY ROSS, AND CENTER FOR FOOD SAFETY'S MOTION FOR LEAVE TO INTERVENE **[ECF NO. 63]**; MEMORANDUM IN SUPPORT OF APPEAL; EXHIBITS 1 – 33; [PROPOSED] ORDER; CERTIFICATE OF SERVICE |
| v. | |
| COUNTY OF MAUI, | |
| *Defendant*, and | |
| ALIKA ATAY, *et al.*, | |
| *Intervenor-Defendants*, and | |
| THE MOMS ON A MISSION (MOM) HUI, MOLOKA'I MAHI'AI, GERRY ROSS, and CENTER FOR FOOD SAFETY, | |
| *Proposed Intervenor-Defendants.* | |

NOTICE OF APPEAL OF MAGISTRATE JUDGE'S ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 74.1 and 74.3, and Rule 72 of the Federal Rules of Civil Procedure, Proposed Intervenors The Moms on a Mission (MOM) Hui (The MOM Hui), Molokaʻi Mahiʻai, Gerry Ross, and Center for Food Safety (CFS) (collectively Proposed Intervenors) hereby respectfully appeal Magistrate Judge Kurren's December 15, 2014 Order Granting (1) Alika Atay, Lorrin Pang, Mark Sheehan, Bonnie Marsh, Leiʻohu Ryder, and SHAKA Movement's Motion to Intervene and (2) Denying Moms on a Mission Hui, Molokaʻi Mahiʻai, Gerry Ross, and Center for Food Safety's Motion for Leave to Intervene, ECF No. 63.

Proposed Intervenors humbly submit that Magistrate Judge Kurren's denial of Proposed Intervenors' motion to intervene is clearly erroneous and contrary to law.  Proposed Intervenors have significantly protectable interests that are not adequately represented by any of the existing parties, and that have already been injured by Plaintiffs' legal action, and may be further impaired by this case's outcome.  Proposed Intervenors respectfully request this Court reverse Magistrate Judge Kurren's denial of Proposed Intervenors' motion to intervene, and grant Proposed Intervenors intervention as of right as required by law or, at a minimum, permissive intervention.  Absent such relief, the Magistrate Judge's erroneous decision will severely prejudice Proposed Intervenors in this important matter.

This Appeal is based upon this Notice of Appeal, the Memorandum in Support thereof, the concurrently filed exhibits, and all pleadings and papers filed in this action, and upon such other matters the Court may entertain.

DATED: San Francisco, California, December 22, 2014.

>Respectfully submitted,
>
> /s/ Sylvia Shih-Yau Wu
>SYLVIA SHIH-YAU WU (*Pro Hac Vice*)
>GEORGE A. KIMBRELL (*Pro Hac Vice*)
>Center for Food Safety
>303 Sacramento St., 2nd Floor
>San Francisco, California 94111
>T: (415) 826-2770 / F: (415) 826-0507
>Emails:  swu@centerforfoodsafety.org
>         gkimbrell@centerforfoodsafety.org
>
> /s/ Paul H. Achitoff
>PAUL H. ACHITOFF ((#5279)
>EARTHJUSTICE
>850 Richards Street, Suite 400
>Honolulu, Hawaiʻi  96813
>Telephone No.:  (808) 599-2436
>Fax No.:  (808) 521-6841
>Email:  achitoff@earthjustice.org
>
>*Counsel for Proposed Intervenor-Defendants*