# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served electronically through CM/ECF:**

| | | |
|---|---|---|
| MARGERY S. BRONSTER | mbronster@bhhawaii.net | December 22, 2014 |
| REX Y. FUJICHAKU | rfujichaku@bhhawaii.net | December 22, 2014 |
| DONNA C. MARRON | dmarron@bhhawaii.net | December 22, 2014 |

Attorneys for Plaintiffs
ROBERT ITO FARM, INC.; HAWAI'I FARM BUREAU FEDERATION, MAUI COUNTY; MOLOKAI CHAMBER OF COMMERCE; and AGRIGENETICS, INC.

| | | |
|---|---|---|
| KENNETH S. ROBBINS | krobbins@ahfi.com | December 22, 2014 |
| PAUL ALSTON | palston@ahfi.com | December 22, 2014 |
| J. BLAINE ROGERS | jrogers@ahfi.com | December 22, 2014 |
| NICKOLAS A. KACPROWSKI | nkacprowski@ahfi.com | December 22, 2014 |
| MICHELLE N. COMEAU | mcomeau@ahfi.com | December 22, 2014 |

Attorneys for Plaintiffs
MONSANTO COMPANY; CONCERNED CITIZENS OF MOLOKAI AND MAUI; FRIENDLY ISLE AUTO PARTS & SUPPLIES, INC.; NEW HORIZON ENTERPRISES, INC. dba MAKOA TRUCKING AND SERVICES and HIKIOLA COOPERATIVE

| | | |
|---|---|---|
| PHILIP PERRY (Pro Hac Vice) | philip.perry@lw.com | December 22, 2014 |
| ANDREW D. PRINS (Pro Hac Vice) | andrew.prins@lw.com | December 22, 2014 |

Attorneys for Plaintiffs
MONSANTO COMPANY

| | | |
|---|---|---|
| PATRICK WONG | pat.wong@co.maui.hi.us | December 22, 2014 |
| MOANA MONIQUE LUTEY | moana.lutey@co.maui.hi.us | December 22, 2014 |
| RICHARD B. ROST | richard.rost@co.maui.hi.us | December 22, 2014 |
| KRISTIN K. TARNSTROM | kristin.tarnstrom@co.maui.hi.us | December 22,2014 |

Attorneys for Defendant
COUNTY OF MAUI

| | | |
|---|---|---|
| KARIN L. HOLMA | kholma@legalhawaii.com | December 22, 2014 |
| MICHAEL C. CARROL | mcarroll@legalhawaii.com | December 22, 2014 |
| SHARON A. LIM | slim@legalhawaii.com | December 22, 2014 |

Attorneys for Intervenor-Defendants
ALIKA ATAY, LORRIN PANG, MARK SHEEHAN, BONNIE MARSH, LEIʻOHU RYDER, AND SHAKA MOVEMENT

DATED: San Francisco, California, December 22, 2014.

/s/ Sylvia Shih-Yau Wu
SYLVIA SHIH-YAU WU (*Pro Hac Vice*)
GEORGE A. KIMBRELL (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento St., 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails:  swu@centerforfoodsafety.org
         gkimbrell@centerforfoodsafety.org

/s/ Paul H. Achitoff
PAUL H. ACHITOFF (#5279)
EARTHJUSTICE
850 Richards Street, Suite 400

Honolulu, Hawai'i  96813
Telephone No.:  (808) 599-2436
Fax No.:  (808) 521-6841
Email:  achitoff@earthjustice.org

*Counsel for Intervenor-Defendants*