FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 09 2015

at 3 o'clock and 30 min. P M.
SUE BEITIA, CLERK

HID 011 (Rev. 04/12) Media Request Form

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

### Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be received by the presiding judge as far in advance as practicable.

| Case Name: | Robert Ito Farm, Inc. et al v. County of Maui | Case No.: | 14-00511 |

Presiding District or Magistrate Judge: Susan Oki Mollway

Media Outlet: Associated Press (Audrey McAvoy, Jennifer Kelleher, Cathy Bussewitz, Caleb Jones)

☑ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 3/10/15-ongoing | 9 a.m.; various | All on-the-record proceedings in open court. |
|  |  |  |
|  |  |  |
|  |  |  |

DATED: 3/6/15    SIGNATURE: _[signature]_

PRINTED NAME: Jennifer Kelleher

---

IT IS SO ORDERED,

☒ APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED

DATED: 3/9/2015

JUDGE OF THE U.S. DISTRICT COURT